NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YUYAMA MANUFACTURING CO., LTD.,**
*Plaintiff-Appellant,*

v.

**JVM CO., LTD.,**
*Defendant-Appellee.*

---

2011-1104

---

Appeal from the United States District Court for the District of Maryland in No. 06-CV-2536, Judge Marvin J. Garbis.

---

## ORDER

The parties jointly move to dismiss this appeal due to settlement and in response to this court's June 10, 2013 order.

Because this case was dismissed on July 22, 2013, the motion is moot.

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

AUGUST 20, 2013                    /s/ Daniel E. O'Toole
        Date                      Daniel E. O'Toole
                                  Clerk

cc:  Michael A. O'Shea, Esq.
     William J. O'Brien, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 20 2013**

**DANIEL E. O'TOOLE**
**CLERK**